FILED

2008 MAY -2 PM 12: 41

**NUNC PRO TUNC**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

APR 30 2008    BY _____ DEPUTY

UNITED STATES DISTRICT COURT
Southern DISTRICT OF CALIFORNIA  08cv 0789 BTM (LSP)

*JIMMIE STEPHEN C56483*

**CASE NUMBER**

CJ-07-06379

PRISONER/PLAINTIFF,

v.

*Warden HERNANDEZ et al* DEFENDANT(S).

**DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES**

I, *JIMMIE STEPHEN* _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b. State the place of your incarceration *CMC-Stn Luis Obispo (Calfornia)*.
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?    ☐Yes ☒No
   b. Rent payments, interest or dividends?               ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?      ☐Yes ☒No
   d. Gifts or inheritances?                               ☐Yes ☒No
   e. Any other income (other than listed above)?          ☐Yes ☒No
   f. Loans?                                               ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each

   source during the past twelve (12) months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

If the answer is yes, describe the property and state it approximate value: _____

_____

5. In what year did you last file an Income Tax Return? _1988_____

Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

_____ NONE _____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_Calyforna_____       _San Luis Obispo_____
         State                              County (or City)

I, _Jimmie Stephen_____, declare under penalty of perjury that the foregoing is true and correct.

_4-18-08_____          _____
         Date                        Prisoner/Plaintiff (Signature)

CU-07-06379

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _____ on account at the California Mens Colony _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

4-22-2008                    Karen Mock    Account Technician
_____            _____
Date                         Authorized Officer of Institution (Signature)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 20, 2007 THRU APR. 22, 2008

ACCOUNT NUMBER : C56403                    BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT NAME   : STEPHEN, JIMMIE EARL       ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|------------|-----------|-------------|---------|-------------|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
3.07-
--------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-22-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock Acct-Tech
TRUST OFFICE